UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURAN G. MELCHIORS, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-04-3340 |
| | § | |
| HEWLETT–PACKARD COMPANY, | § | |
|     Defendant. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Lauran G. Melchiors ("Plaintiff") and Defendant Hewlett-Packard Company ("Defendant"), by and through their attorneys of record, hereby stipulate that Plaintiff's above-styled action against Defendant is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 2nd day of ~~October,~~ November 2005.

_____
Gregory L. Griffith
State Bar No. 00784178
Federal I.D. 15312
1034 Heights Boulevard
Houston, Texas 77008
Telephone:   713-862-6144
Facsimile:    713-862-6143

**ATTORNEY-IN-CHARGE FOR
PLAINTIFF LAURAN G. MELCHIORS**

HO:97366v1

EPSTEIN BECKER GREEN
WICKLIFF & HALL, P.C.

By: /s/ Wanda G. Holloway
Wanda G. Holloway
Texas Bar No. 00792587

2700 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201
214-397-4300
214-397-0702 (Fax)

**ATTORNEYS FOR DEFENDANT
HEWLETT-PACKARD COMPANY**

xxx